UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Peter Alt, Barry Poole, Bruce Stark, Millowe Kleinpeter, Anthony Egert, Jeffrey Shadduck, Elizabeth Shadduck, Michael O'Leary, Justin Rubel, Gary Nemerofsky, Linda Jean Kreutzer, John Hassinger, Sandra Kacher, Veronica Duncan, Chuck Kellington, Thomas Brown, Anthony Darden, Kathleen Cobb, Ronald Lee, Eli Hernandez, Ellen McMillian, Lavern Augustine, Lois Riddle, Russell Stark, Robin Hays, Jimmie Williams, Sergey Grishchuk, Lillya Grishchuk, and Greg Richard,<br><br>                Plaintiffs,<br>   v.<br><br>First Choice Payment Solutions G.P., d/b/a Sekure Merchant Solutions,<br><br>                Defendant. | Civil Action No.: 1:19-cv-04584-DLC |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 16, 2019

                                                 Respectfully submitted,

                                                 /s/ Sergei Lemberg

                                                 Sergei Lemberg, Esq. (SL 6331)
                                                 **LEMBERG LAW, L.L.C.**
                                                 43 Danbury Road, 3rd Floor
                                                 Wilton, CT 06897
                                                 Telephone: (203) 653-2250
                                                 Facsimile:  (203) 653-3424
                                                 slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Sergei Lemberg

                                         Sergei Lemberg